# United States Court of Appeals

### For the Eighth Circuit

_____

No. 17-1163

_____

Dorothy E. Petris

*Plaintiff - Appellant*

v.

Nancy A. Berryhill, Commissioner of Social Security

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: December 27, 2017
Filed: January 2, 2018
[Unpublished]

_____

Before WOLLMAN, LOKEN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Dorothy E. Petris appeals the order of the district court[1] affirming the Commissioner's denial of supplemental security income. For reversal, Petris

_____

[1]The Honorable Brian C. Wimes, United States District Judge for the Western District of Missouri.

challenges the Administrative Law Judge's (ALJ's) physical and mental residual function capacity findings. Having reviewed the parties' submissions and the record before us, we conclude that the ALJ's determinations are supported by substantial competent evidence on the record as a whole and that Petris's arguments do not support reversal. See Wildman v. Astrue, 596 F.3d 959, 969 (8th Cir. 2010). The judgment is affirmed. See 8th Cir. R. 47B.

_____